JONG HONG v. UNITED STATES. (Circuit Court of Appeals, Sixth Circuit. October 11, 1919.) No. 3260. Appeal from the District Court of the United States for the Northern District of Ohio; D. C. Westenhaver, Judge. John A. Cline, of Cleveland, Ohio, for appellant. E. S. Wertz, U. S. Atty., of Cleveland, Ohio.

PER CURIAM. Order of dismissal entered.

---

LANGLEY v. UNITED STATES. (Circuit Court of Appeals, Sixth Circuit. June 30, 1919.) No. 3276. In Error to the District Court of the United States for the Western District of Tennessee; John E. McCall, Judge. Abe Cohn, of Memphis, Tenn., for plaintiff in error. Wm. D. Kyser, U. S. Atty., of Memphis, Tenn.

PER CURIAM. Order of dismissal entered.